LAW OFFICES

# Sidkoff, Pincus & Green
A PROFESSIONAL CORPORATION

1101 MARKET STREET • SUITE 2700
PHILADELPHIA, PA 19107

Telephone (215) 574-0600    TeleFax (215) 574-0310

Robert A. Davitch
rad@sidkoffpincusgreen.com

June 21, 2024

**VIA ECF FILING**

Honorable John F. Murphy
United States District Court
3809 U.S. Courthouse
601 Market Street
Philadelphia, PA  19106

      Re:    **Cynthia Pussinen v. Spark Therapeutics, Inc.**
               **Civil Action No. 24-cv-01741**

Dear Judge Murphy:

    I am counsel for Plaintiff in the above-referenced action which is assigned to Your Honor's calendar.  I am writing pursuant to Your Honor's Policies and Procedures to inform the Court via ECF that the issues between the parties have been settled.  I am therefore requesting the entry of Local Rule 41.1(b) order of dismissal.

    Thank you for your consideration of this request.

                                       Respectfully,

                                       Robert A. Davitch

RAD/dc

cc:    Joseph Centeno, Esq. (via electronic mail)